**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Palm Properties, LLC, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>Clark County Department of Environment and Sustainability, Division of Air Quality,<br><br>        Defendant(s). | Case No. 2:26-cv-00170-___-NJK<br><br>**ORDER** |

This case was assigned to the magistrate judge opt-out consent program. *See* Docket Nos. 3-4. The parties have 45 days from their first appearance to opt-out of the consent program. *See* Docket No. 3 at 3. On March 9, 2026, Defendant filed both counterclaims and a motion for preliminary injunction. *See* Docket Nos. 7-8. As Defendant seeks injunctive relief at the beginning of its opt-out period, the Clerk's Office is **INSTRUCTED** to remove this case from the opt-out program and assign a district judge. *Cf.* Docket No. 3 at 2 (exempting from the consent opt-out program "[c]ases in which a motion for preliminary injunction or temporary restraining order is filed simultaneously with the complaint").

IT IS SO ORDERED.

Dated: March 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1