**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Palm Properties, LLC, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>Clark County Department of Environment and Sustainability, Division of Air Quality,<br><br>    Defendant(s). | Case No. 2:26-cv-00170-JAD-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by May 15, 2026.

IT IS SO ORDERED.

Dated: May 1, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1